**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Atif Jadoon f/k/a Atif Ahmad v. Sheila Joyce et al. | **FILED: AUGUST 20, 2008**<br>**08CV4751**<br>**JUDGE KENDALL**<br>**MAGISTRATE JUDGE MASON**<br>**AEE** |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Atif Jadoon

| NAME (Type or print) |
|---|
| Todd H. Fox |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Todd H. Fox |

| FIRM |
|---|
| Barnard & Associates, Ltd. |

| STREET ADDRESS |
|---|
| 33 N. LaSalle, Ste. 2100, Chicago |

| CITY/STATE/ZIP |
|---|
| Chicago, IL 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| #6224945 | 312-641-2225 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☑ | ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☐ | ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☐ | ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐