IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ATIF JADOON f/k/a ATIF AHMAD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 08 CV 4751 |
| ) | |
| CHICAGO POLICE OFFICERS ) | Judge Kendall |
| SHEILA JOYCE, individually and as ) | |
| an agent of the CITY OF CHICAGO; ) | Magistrate Judge Mason |
| A. F. SORISTO, #13703, individually and as an ) | |
| agent of the CITY OF CHICAGO; ) | AEE |
| M. T. MARLO, #8460, individually and as an ) | |
| agent of the CITY OF CHICAGO; M. S. ) | |
| FELDMAN, #501, individually and as an ) | |
| agent of the CITY OF CHICAGO; S. ) | |
| WALTER, #1699, individually and as an ) | |
| agent of the CITY OF CHICAGO; ) | |
| and the CITY OF CHICAGO, a municipal ) | |
| corporation, ) | |
| ) | |
| Defendants. ) | |

## JURY DEMAND

Plaintiff, ATIF JADOON f/k/a ATIF AHMAD, by his attorneys, Barnard & Associates, Ltd., demands trial by jury.

                              Respectfully submitted,
                              ATIF JADOON f/k/a ATIF AHMAD, Plaintiff

                              By:    s/ Todd H. Fox
                                      His attorney

Ronald L. Barnard (#113751)
Todd H. Fox (#6224945)
Barnard & Associates, Ltd.
33 N. LaSalle Street
Suite 2100
Chicago, IL 60602
312-641-2225