Case 1:08-cv-04751   Document 7   Filed 08/20/2008   Page 1 of 1

FILED STAMP: AUG. 20, 2008
08CV4751
JUDGE KENDALL
MAG. JUDGE MASON  J. N.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **ATIF JADOON f/k/a ATIF AHMAD,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> vs. ) <br> ) <br> **CHICAGO POLICE OFFICERS** ) <br> **SHEILA JOYCE**, individually and as ) <br> an agent of the **CITY OF CHICAGO**; ) <br> **A. F. SORISTO**, #13703, individually and as an ) <br> agent of the **CITY OF CHICAGO**; ) <br> **M. T. MARLO**, #8460, individually and as an ) <br> agent of the **CITY OF CHICAGO**; **M. S.** ) <br> **FELDMAN**,  #501, individually and as an ) <br> agent of the **CITY OF CHICAGO**; **S.** ) <br> **WALTER**, #1699, individually and as an ) <br> agent of the **CITY OF CHICAGO**; ) <br> and the **CITY OF CHICAGO**, a municipal ) <br> corporation, ) <br> ) <br> **Defendants.** ) | No.  08 CV 4751 <br><br> Judge Kendall <br><br> Magistrate Judge Mason <br><br> AEE |

### JURY DEMAND

Plaintiff, ATIF JADOON f/k/a ATIF AHMAD,  by his attorneys, Barnard & Associates, Ltd., demands trial by jury.

                                        Respectfully submitted,
                                        ATIF JADOON f/k/a ATIF AHMAD, Plaintiff


                                  By:_____s/ Todd H. Fox_____
                                        His attorney

Ronald L. Barnard (#113751)
Todd H. Fox (#6224945)
Barnard & Associates, Ltd.
33 N. LaSalle Street
Suite 2100
Chicago, IL 60602
312-641-2225