## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08cv4751   Assigned/Issued By: j. n.

Judge Name: kendall   Designated Magistrate Judge: mason

### FEE INFORMATION

Amount Due: ☑ $350.00   ☐ $39.00   ☐ $5.00
☐ IFP   ☐ No Fee   ☐ Other _____
☐ $455.00

Number of Service Copies _____   Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 350   Receipt #: 3038419

Date Payment Rec'd: 8-20-08   Fiscal Clerk: j. n.

### ISSUANCES

☑ Summons   ☐ Alias Summons
☐ Third Party Summons   ☐ Lis Pendens
☐ Non Wage Garnishment Summons   ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons
   _____
   (Victim, Against and $ Amount)
☐ Citation to Discover Assets   ☐ Other
☐ Writ _____
   (Type of Writ)   _____
   (Type of issuance)

6 Original and 0 copies on 8/21/08 as to all defendants
   (Date)